IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| MICHAEL KENNEDY | : | NO. 21-157 |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 21st day of October 2022, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to:

☐ A jury has been waived, and the Court has found the defendant not guilty as to:

**X** **The jury has returned its verdict, finding the defendant not guilty as to: Count's 1 through 8 of the indictment**.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

S/MITCHELL S. GOLDBERG
MITCHELL S. GOLDBERG
United States District Judge

cc: U.S. Marshal
Probation
Counsel

October 27, 2022
Date

Cr 1 (6/2018)